RASH v. BOARD OF TRUSTEES, INDIANA STATE PRISON.

[No. 28,495½.  Filed November 12, 1948.]

*Albert Woodrow Rash, pro se.*

O'MALLEY, J.—On authority of the case of *Albert Woodrow Rash* v. *Ralph Howard, Warden* (1948) *ante*, p. 546, this court holds that we are without jurisdiction to determine the matter presented by the petition herein.  This petition, to mandate the Board of Trustees of the Indiana State Prison, is therefore dismissed.

NOTE.—Reported in 82 N. E. 2d 88.